# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa Melendez<br>      Jose M. Melendez aka Jose Melendez<br>                      Debtors | BK NO. 15-02580 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/James C Warmbrodt**
                                        James C. Warmbrodt, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734
                                        Attorney for Movant/Applicant