UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | JOSE M. MELENDEZ | : | NO. 5:15-BK-02580-RNO |
|---|---|---|---|
| | Aka JOSE MELENDEZ | : | |
| | TERESA MELENDEZ | : | |
| | Debtors | : | Chapter 13 |
| | | : | |

## ORDER

AND NOW, upon consideration of the foregoing Stipulation between Thomas I. Puleo, Esquire, counsel for Ditech Financial LLC, and Debtors, Jose M. Melendez and Teresa Melendez, by and through their counsel, Everett Cook, Esquire, it is hereby

ORDERED that the settlement agreement annexed hereto is hereby approved.

BY THE COURT:

_____
Robert N. Opel, II U.S. Bankruptcy Judge