```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 15-02580-JJT
Jose M. Melendez                                                          Chapter 7
Teresa Melendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini            Page 1 of 1            Date Rcvd: Oct 11, 2017
                            Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.
db/jdb         +Jose M. Melendez,    Teresa Melendez,    1236 Rural Court,    Stroudsburg, PA 18360-7496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John Everett Cook    on behalf of Debtor Jose M. Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Plaintiff Teresa   Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Plaintiff Jose M. Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Joint Debtor Teresa   Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | | | |
|---|---|---|---|
| IN RE: | Jose M. Melendez aka | : | Chapter 13 |
| | Jose Melendez | : | No. 5:15-bk-02580-JJT |
| | Teresa Melendez | : | |

## ORDER

AND NOW, it is hereby Ordered and Decreed that the above-captioned Chapter 13 proceeding, shall be and is hereby converted to a Chapter 7 proceeding under Title 11 of the United States Code.

Dated: October 11, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)