IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

In Re: :
Jose M. Melendez : No. 15-02580 JJT
Teresa Melendez :
          Debtors : Chapter 7

## STATEMENT OF POST PETITION DEBT

Debtors, Jose M. Melendez and Teresa Melendez, hereby state that I/we have accrued the following debt after the filing of the original Chapter 13 case and before the conversion to the current Chapter 7 case:

| Name and address of creditor<br>Account Number if known | Amount owed |
|---|---|
| None | |

/s/Jose M. Melendez
Jose M. Melendez

/s/Teresa Melendez
Teresa Melendez

Date: 10/10/17