Certificate Number: 15317-PAM-DE-030476175

Bankruptcy Case Number: 15-02580



15317-PAM-DE-030476175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 24, 2018</u>, at <u>9:50</u> o'clock <u>PM PST</u>, <u>Jose M Melendez</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 24, 2018</u>  By: <u>/s/Janice Morla</u>

Name: <u>Janice Morla</u>

Title: <u>Counselor</u>