```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 15-02580-JJT
Jose M. Melendez
Teresa Melendez                                                           Chapter 7
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 3     Date Rcvd: Feb 14, 2018
                              Form ID: 318                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db/jdb         +Jose M. Melendez,    Teresa Melendez,    1236 Rural Court,    Stroudsburg, PA 18360-7496
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
4711631        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4659979        +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
4679609        +Citizens Bank,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
4659974        +Melendez Jose M,    1236 Rural Court,    Stroudsburg, PA 18360-7496
4659975        +Melendez Teresa,    1236 Rural Court,    Stroudsburg, PA 18360-7496
4679806        +Midland Credit Management, Inc. as agent for MIDL,     PO Box 2011,    Warren, MI 48090-2011
4660009         National Penn Bank,    Philadephia & Read,    Boyertown, PA   19512
4659986        +National Penn Bank,    645 Hamilton Street Ste 700,    Allentown, PA 18101-2196
4661646        +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4659989        +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
4659988        +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     Ditech Financial LLC,
                 PO Box 0049,   Palatine, IL 60055-0001
4697035         EDI: BECKLEE.COM Feb 14 2018 18:58:00     American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
4705691         EDI: BECKLEE.COM Feb 14 2018 18:58:00     American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4659977        +EDI: AMEREXPR.COM Feb 14 2018 18:58:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
4659978         EDI: BANKAMER.COM Feb 14 2018 18:58:00     Bk Of Amer,    Po Box 982235,    El Paso, TX  79998
4659980        +EDI: CHASE.COM Feb 14 2018 18:58:00    Chase Card,    201 N. Walnut St//de1-1027,
                 Wilmington, DE 19801-2920
4659981        +EDI: CITICORP.COM Feb 14 2018 18:58:00     Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
4661841         EDI: DISCOVER.COM Feb 14 2018 18:58:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
4659983        +EDI: DISCOVER.COM Feb 14 2018 18:58:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
4682849         E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
4659985        +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     Green Tree Servicing L,
                 Po Box 6172,   Rapid City, SD 57709-6172
4682850         E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 18:53:11     Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049
4685669         EDI: CAUT.COM Feb 14 2018 18:53:00    JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
4680047        +EDI: MID8.COM Feb 14 2018 18:58:00    Midland Credit Management  Inc as agent for,
                 Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
4659987        +E-mail/Text: bankruptcies@orangelake.com Feb 14 2018 18:53:09     Orange Lake Country Cl,
                 8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
4700949         EDI: PRA.COM Feb 14 2018 18:53:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4659991        +EDI: SEARS.COM Feb 14 2018 18:58:00     Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
4659990        +EDI: SEARS.COM Feb 14 2018 18:58:00     Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
4659992        +EDI: RMSC.COM Feb 14 2018 18:58:00     Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
4659993        +EDI: RMSC.COM Feb 14 2018 18:58:00     Syncb/tjx Cos,    Po Box 965005,    Orlando, FL 32896-5005
4697837        +E-mail/Text: bncmail@w-legal.com Feb 14 2018 18:53:17     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4659994        +EDI: WTRRNBANK.COM Feb 14 2018 18:58:00     Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
4659982         E-mail/Text: creditreconciliation@peoples.com Feb 14 2018 18:53:15     Citizens Bank,
                 1000 Lafayette Blvd,    Bridgeport, CT  06604
4659984         EDI: USBANKARS.COM Feb 14 2018 18:53:00     Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI  53202
4659995        +EDI: CITICORP.COM Feb 14 2018 18:58:00     Unvl/citi,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
4659996        +EDI: WFFC.COM Feb 14 2018 18:58:00     Wells Fargo Bank,    Po Box 14517,
                 Des Moines, IA 50306-3517
4713782        +EDI: WFFC.COM Feb 14 2018 18:58:00     Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
4692076         EDI: ECAST.COM Feb 14 2018 18:58:00     eCAST Settlement Corporation assignee of Citibank,   NA,
                 POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 28
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PNC BANK N.A.,    PO BOX 94982,     CLEVELAND, OH 44101-4982
4660000*     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
4660001*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bk Of Amer,     Po Box 982235,     El Paso, TX  79998)
4660002*     +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
4660003*     +Chase Card,    201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
4660004*     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
4660006*     +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
4660008*     +Green Tree Servicing L,    Po Box 6172,    Rapid City, SD 57709-6172
4659999*     +Law Offices of Everett Cook PC,    2747 MacArthur Road,    Whitehall, PA 18052-3632
4659997*     +Melendez Jose M,    1236 Rural Court,    Stroudsburg, PA 18360-7496
4659998*     +Melendez Teresa,    1236 Rural Court,    Stroudsburg, PA 18360-7496
4660010*     +Orange Lake Country Cl,    8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
4680203*     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4660011*     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
4660012*     +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
4660014*     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
4660013*     +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
4660015*     +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
4660016*     +Syncb/tjx Cos,    Po Box 965005,    Orlando, FL 32896-5005
4660017*     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
4660005*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Citizens Bank,    1000 Lafayette Blvd,    Bridgeport, CT  06604)
4660007*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Elan Financial Service,    777 E Wisconsin Ave,
               Milwaukee, WI  53202)
4660018*     +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
4660019*     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
4713783*     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
4659976      ##+Law Offices of Everett Cook PC,    2747 MacArthur Road,    Whitehall, PA 18052-3632
                                                                       TOTALS: 0, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              John Everett Cook    on behalf of Debtor 1 Jose M. Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Debtor 2 Teresa  Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Plaintiff Jose M. Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John Everett Cook    on behalf of Plaintiff Teresa  Melendez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Peter J Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                                       TOTAL: 9

| | | |
|---|---|---|
| Debtor 1 | **Jose M. Melendez** | Social Security number or ITIN  xxx−xx−9457 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Teresa Melendez** | Social Security number or ITIN  xxx−xx−2521 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:15−bk−02580−JJT**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose M. Melendez
aka Jose Melendez

Teresa Melendez

**By the court:**

February 14, 2018

Honorable John J. Thomas
United States Bankruptcy Judge

By: CGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**