In re:                                                                    Case No. 15-02580-JJT
Jose M. Melendez                                                          Chapter 7
Teresa Melendez
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: CGambini           Page 1 of 1            Date Rcvd: Feb 23, 2018
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb        +Jose M. Melendez,   Teresa Melendez,   1236 Rural Court,   Stroudsburg, PA 18360-7496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          John Everett Cook    on behalf of Plaintiff Teresa  Melendez bankrupcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          John Everett Cook    on behalf of Debtor 1 Jose M. Melendez bankrupcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          John Everett Cook    on behalf of Debtor 2 Teresa  Melendez bankrupcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          John Everett Cook    on behalf of Plaintiff Jose M. Melendez bankrupcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
          Peter J Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jose M. Melendez
aka Jose Melendez
1236 Rural Court
Stroudsburg, PA 18360

Teresa Melendez
1236 Rural Court
Stroudsburg, PA 18360

Chapter 7
Case No. 5:15−bk−02580−JJT

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−9457
xxx−xx−2521

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John J Martin (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  February 23, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk